In the Matter of the Accounting of ITHACA TRUST COM-
PANY, as Testamentary Trustee of FRANK J. ENZ,
Deceased.

ANTON ENZ et al., Appellants; CARRIE E. ELLIOTT,
Individually and as Executrix of MARTHA J. ENZ,
Deceased, Respondent.

*Decedent's estate — trusts — stock dividends — when dividends earned
by sales of corporate lands properly awarded to life tenant.*

*Matter of Enz,* 204 App. Div. 634, affirmed.

(Argued January 8, 1924; decided February 19, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 30, 1923, which affirmed a decree of the Tompkins
County Surrogate's Court awarding to the life tenant
and her executrix the whole of certain dividends paid
upon corporate stock forming a part of the trust estate.
The dividends upon this stock were paid to the trustee
during the period of the life estate but only a portion
thereof was allotted to and paid over to the life tenant
by the trustee, who treated them as partly income and
partly principal. The portion treated as principal was
that part of the dividends which represented the receipts
from sales of lands. This the trustee retained and is the
subject of this controversy.

*Sherman Peer* and *Harry C. Baldwin* for appellants.

*Charles H. Newman* for respondent.

Order affirmed, with costs to respondent, payable out
of estate; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

37